**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gevo, Inc.     v. Butamax Advanced Biofuels LLC

No. 15-1317

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se       ✓ As counsel for:   Butamax Advanced Biofuels LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ✓ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

My address and telephone are:

- Name: Deborah Sterling
- Law firm: Sterne, Kessler, Goldstein & Fox, P.L.L.C
- Address: 1100 New York Avenue NW
- City, State and ZIP: Washington, DC 20005
- Telephone: (202) 772-8501
- Fax #: (202) 371-2540
- E-mail address: dsterlin@skgf.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/23/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/20/2015                              /s/ Deborah Sterling
Date                                    Signature of pro se or counsel

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Feb 20, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Deborah Sterling                                    /s/ Deborah Sterling
Name of Counsel                                     Signature of Counsel

Law Firm    Sterne, Kessler, Goldstein & Fox, P.L.L.C.
Address     1100 New York Avenue, N.W.
City, State, ZIP   Washington, D.C.
Telephone Number   (202) 772-8501
FAX Number   (202) 371-2540
E-mail Address   dsterlin@skgf.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.