FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gevo, Inc.   v.  Butamax (TM) Advanced Biofuels LLC

No. 2015-1317

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✔] As counsel for:   Gevo, Inc.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Stephen R. Smith
Law firm: Cooley LLP
Address: 1299 Pennsylvania Ave., N.W., Suite 700
City, State and ZIP: Washington, DC 20004
Telephone: 202-842-7800
Fax #: 202-842-7899
E-mail address: stephen.smith@cooley.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/15/05

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

February 20, 2015                    /s/ Stephen R. Smith
Date                                 Signature of pro se or counsel

cc: _____

# **CERTIFICATE OF SERVICE**

I, Stephen R. Smith hereby certify that on this 20th day of February 2015, that I served a copy of the foregoing on counsel of record using the Court's CM/ECF system, which will send notification to the listed counsel below:

**Butamax™ Advanced Biofuels LLC:**

Deborah A. Sterling
dsterlin@skgf.com
Peter A. Jackman
pjackman@skgf.com
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005
Tel: 202-772-8501
Fax: 202-371-2540

/s/ Stephen R. Smith
Stephen R. Smith
Attorney for Appellant Gevo, Inc.
**COOLEY LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: 202-842-7800
Fax: 202-842-7899
stephen.smith@cooley.com