# United States Court of Appeals for the Federal Circuit

---

**GEVO, INC.,**
*Appellant*

v.

**BUTAMAX(TM) ADVANCED BIOFUELS LLC,**
*Appellee*

---

15-1317
(Serial no. IPR2013-00214 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant's, Gevo, Inc. unopposed, motion to extend time to file a principal brief until April 21, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

March 23, 2015                /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court